## STATE v. OTIS ANGUS SILER.

(Filed 15 December, 1954.)

APPEAL by defendant from *Armstrong, J.*, and a jury, at May Term, 1954, of MOORE.

Criminal prosecution tried on appeal from County Recorder's Court upon a warrant charging the defendant with driving a motor vehicle on a public road while under the influence of intoxicating liquor in violation of G.S. 20-138.

Irvin *v.* Olsen.

From a verdict of guilty and judgment imposing penal servitude of four months, the defendant appeals.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State.*

*Seawell & Wilson for defendant, appellant.*

Per Curiam. This case involves no new question or feature requiring extended discussion. We have examined the record and find no substantial merit in any of the exceptions brought forward. Prejudicial error has not been made to appear. The verdict and judgment will be upheld.

No error.